1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00170LJO-SKO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | |
| RAYMOND SLATON, SIDNEY ALLEN, DONNELL MAYS, AND OMAR LOPEZ, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Victor Chavez, Eric Fogderude, Salvatore Sciandra, and Anthony Capozzi, attorneys for the defendants, that the status conference set for October 5, 2015 at 1:00 pm before the Honorable Sheila K. Oberto be continued to November 30, 2015 at 1:00 p.m.  The reason for the request is the parties need additional time for further investigation and review of discovery, which entails a review of extensive wiretap discovery.

///
///
///
///
///
///
///

Stipulation

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: October 1, 2015					Respectfully submitted,

							BENJAMIN B. WAGNER
							United States Attorney

						By	/s/ Kimberly A. Sanchez
							KIMBERLY A. SANCHEZ
							Assistant U.S. Attorney

Dated: October 1, 2015					/s/ Victor Chavez
							VICTOR CHAVEZ
							Attorney for Raymond Slaton

Dated: October 1, 2015`					/s/ Salvatore Sciandra
							SALVATORE SCIANDRA
							Attorney for Sidney Allen

Dated: October 1, 2015					/s/ Eric Fogderude
							ERIC FOGDERUDE
							Attorney for Donnell Mays

Dated: October 1, 2015					/s/ Anthony Capozzi
							ANTHONY CAPOZZI
							Attorney for Omar Lopez

**ORDER**

IT IS SO ORDERED.

Dated:   **October 2, 2015**			**/s/ Sheila K. Oberto**
							UNITED STATES MAGISTRATE JUDGE

Stipulation					2