1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  VICTOR M. CHAVEZ, SBN #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   RAYMOND SLATON

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No.  1:15-cr-00170 LJO-SKO-1
                                     )
12              Plaintiff,           )  **STIPULATION TO RESET MOTIONS**
                                     )  **SCHEDULE; ORDER; Trial Setting**
13       vs.                         )  **Conference Calendared**
                                     )
14  RAYMOND SLATON, et al.,          )  Date:  August 22, 2016
                                     )  Time:  8:30 a.m.
15              *Defendant*.         )  Judge: Hon. Lawrence J. O'Neill
                                     )
16  _____ )

17       **IT IS HEREBY STIPULATED** by and between the parties hereto through their

18  respective attorneys of record, that the schedule for filing and hearing on defendant's motion to

19  suppress wiretap evidence be reset as follows:

20       File motions, July 11, 2016; Government reply, August 8, 2016; Motion Hearing, August

21  22, 2016.

22       The parties propose this stipulation because the defense needs additional time to prepare

23  a motion challenging the use of wiretap evidence.  Since the motion schedule was set additional

24  discovery was requested by defense and was provided by the government on March 29, 2016 and

25  May 11, 2016.  At this time, counsel for defendant, Raymond Slaton, needs additional time to

26  prepare his motion and there is a possibility that additional discovery will be requested.

27       The parties agree that the delay resulting from the continuance shall be excluded in the

28  interests of justice, including but not limited to, the need for the period of time set forth herein

for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Dated: June 2, 2016

    BENJAMIN B. WAGNER
    United States Attorney

    /s/ Kimberly A. Sanchez
    KIMBERLY A. SANCHEZ
    Assistant United States Attorney
    Attorney for Plaintiff

Dated: June 2, 2016

    HEATHER E. WILLIAMS
    Federal Defender

    /s/ Victor M. Chavez
    VICTOR M. CHAVEZ
    Assistant Federal Defender
    Attorney for Defendant
    RAYMOND SLATON

Dated: June 2, 2016

    /s/ Eric K. Fogderude
    ERIC K. FOGDERUDE
    Assistant Federal Defender
    Attorney for Defendant
    DONELL MAYS

Dated: June 2, 2016

    /s/ Salvatore Sciandra
    SALVATORE SCIANDRA
    Assistant Federal Defender
    Attorney for Defendant
    SIDNEY ALLEN

Dated: June 2, 2016

    /s/ Anthony P. Capozzi
    ANTHONY P. CAPOZZI
    Assistant Federal Defender
    Attorney for Defendant
    OMAR LOPEZ

**O R D E R**

    The request for additional time to file the motion/s, and the setting of the hearing on the motions is GRANTED as stated in the stipulation.  Time is excluded.

    That said, the case is one year old this month.  The Court hereby sets a Trial Setting Conference for Monday, June 20, 2016 at 8:30 a.m. in Courtroom 4 before the undersigned.  Counsel should meet and confer on a suitable date before that hearing.

IT IS SO ORDERED.

Dated:   **June 2, 2016**               /s/ Lawrence J. O'Neill
                                                 UNITED STATES CHIEF DISTRICT JUDGE