UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>RAYMOND SLATON,<br><br>                    Defendants. | No.  1:15-CR-00170 LJO<br><br><br><br>ORDER |

   IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed as to Raymond Slaton without prejudice.

IT IS SO ORDERED.

   Dated:   **September 22, 2016**          /s/ Lawrence J. O'Neill
                                          UNITED STATES CHIEF DISTRICT JUDGE

1