# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>RAYMOND SLATON,<br><br>               Defendants. | No.  1:15-CR-00170 LJO<br><br><br><br>ORDER |

    IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed as to Raymond Slaton without prejudice.

IT IS SO ORDERED.

    Dated:   **September 22, 2016**             /s/ Lawrence J. O'Neill
                                                        UNITED STATES CHIEF DISTRICT JUDGE